# DELBELLO DONNELLAN WEINGARTEN
## WISE & WIEDERKEHR, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

**Julie Cvek Curley**
**Partner**
(914) 607-3150
jcurley@ddw-law.com

**Connecticut Office**
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 219-9896

March 2, 2016

*Via CM/ECF System*
Honorable Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   Jeffrey Keswin v. Finger Lakes Capital Partners, LLC, et al.
        Index No. 16-CIV-1585

Dear Honorable Judge Karas,

This firm is counsel to Finger Lakes Capital Partners LLC in its Chapter 11 bankruptcy proceeding pending in the Southern District of New York (SDNY Case No. 16-22112).

On March 1, 2016, this firm filed a Notice of Removal of the above referenced action, which was subsequently assigned to your Honor. Pursuant to 1984 Standing Order of Referral, I kindly request that this matter be referred to the Bankruptcy Court.

Should you have any questions or concerns, please do not hesitate to contact the undersigned. Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Julie Cvek Curley*
Julie Cvek Curley

JCC/